# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Marvin Dearing,

       Plaintiff,

v.

Institutional Inspector Mahalma, et al,

       Defendants.

Case No.: 1:11-cv-204

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Stephanie K. Bowman on December 2, 2011 (Doc. 46). Proper notice has been given to the parties under Rule 72(b) of the Federal Rules of Civil Procedure including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner.  (Doc. 46, 5); *see United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).  No objection has been filed.

Having reviewed this matter de novo, this Court finds the Report to be correct. Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED**.  As the Report recommends (Doc. 46, 4), and for the reasons stated therein, Plaintiff's two motions for default judgment (Docs. 36 & 43) are **DENIED**.

    **IT IS SO ORDERED**.

                         *s/Michael R. Barrett*
                         United States District Judge